# Buck's Auto Sales, Inc.
Hickory Tavern, South Carolina
13070 Highway 76 West – Gray Court, SC 29645
(864) 575-2700



FILED
2018 DEC 10 AM 11:48
U.S. BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

December 6, 2018

J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423

Re:   Natosha Louise Thompson
      Case Number 18-05950-hb

Dear Sirs,

We are in receipt of a Notice of Chapter 7 Bankruptcy Case for Natosha Thompson. Included, with the notice was a request for address correction. The following corrections should be made:

1. Ms. Thompson's debt is not held by Buck's Auto Sales. It was assigned to HT Finance, Inc. on June 29, 2018. Her case should be changed to reflect that HT Finance, Inc. is the Creditor.
2. The address on the notice is 13070 US-76, Gray Court, SC 29645. The correct address for HT Finance, Inc. is 13070 Highway 76 W, Suite A, Gray Court, SC 29645.

Thank you for your assistance.

Sincerely,

James E Lollis
Buck's Auto Sales, Inc.


Cc: Christopher M. Edwards

www.bucksautosales.com

THU-43207 0420-7 b309a 18-05950
Christopher M. Edwards
109 Laurens Road
Bldg 4, Suite A
Greenville, SC  29607

054605  1202 1 SP 0.470  29645  0 2  8690-1-54906

Bucks Auto
13070 US-76
Gray Court SC 29645

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error.   To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at http://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at http://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address.   Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

054605     43207054659023



**BUCK MAHON AUTO SALES, INC.**
HICKORY TAVERN, SOUTH CAROLINA
13070 HWY. 76 WEST
GRAY COURT, SC 29645

J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423

